[No. 64829-2-I.   Division One.   July 25, 2011.]

RONALD W. MOE, *Respondent*, v. GARY D. GRABER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-08349-5, David A. Kurtz, J., entered January 11, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Schindler, JJ.

[No. 64853-5-I.   Division One.   July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY ORTIZ ALANIZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-00580-6, Michael Hayden, J., entered January 5, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Leach, J.

[No. 64874-8-I.   Division One.   July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID P. FENDICH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02388-0, Mary E. Roberts, J., entered January 27, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Ellington and Schindler, JJ.

[No. 64951-5-I.   Division One.   July 25, 2011.]

MINI-DOZER WORK ET AL., *Appellants*, v. LINH NGUYEN PHUNG, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-16279-6, Jay V. White, J., entered January 19, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Appelwick, JJ.